Asa Knoles *et al.*, Plaintiffs in Error, *v.* Parthena W. Hill, Administratrix, etc., Defendant in Error.

### ERROR TO MENARD.

A memorandum, not a part of a note, without proof as to how it came on the same paper with the note, will not prevent a recovery upon the note, according to its effect.

This was an action commenced in the probate court of Menard county, and taken by appeal to the Circuit Court. It was in

assumpsit on a note signed by the plaintiffs in error. The note was drawn in the usual manner for twelve hundred dollars, to bear ten per cent. interest. On the same paper, below and apart from the signatures, was this memorandum: "When due to draw fifteen per cent."

The judgment was for the plaintiff below.

THOMAS P. COWAN, for Plaintiffs in Error.

STUART & EDWARDS, for Defendant in Error.

BREESE, J.   The memorandum on the note below the date and signatures, and made by the payee, is no part of the note. It is wholly meaningless—"when due to draw fifteen per cent." No one can say that fifteen per cent. per annum was reserved, even if it was shown the memorandum was placed there by the parties. There is no proof whatever that the memorandum was made at the time the note was made, or was signed by the parties as a part of the contract. The note is complete without it, and bears interest at ten per cent. from its date. There is no proof whatever of usury, none of a corrupt agreement to reserve more than ten per cent. on the indebtedness.

The judgment for the interest as computed at ten per cent. is correct, and is affirmed.

*Judgment affirmed.*